# COUNTY OF SUFFOLK



**VINCENT PULEO**
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Date: 2/28/23

★ MAR 03 2023 ★

LONG ISLAND OFFICE

23cv1354-GRB-ARL

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #205874/2022, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022

310 CENTER DRIVE   •   RIVERHEAD, LONG ISLAND, NEW YORK 11901-3392   •   (631) 852-2000 FAX (631) 852-2004

CC #: C23-6847



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original
**CLERKS MINUTES (NYSCEF)**
filed in my office on   **02/28/2023**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this   **2/28/2023**   .

SUFFOLK COUNTY CLERK

VINCENT PULEO

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  205874/2022**

Created on: 02/27/2023 03:58 PM

Case Caption:   KRISTIN MARIE GULDI v. JAMES N. FALLER et al  
Judge Name:   Kathy G Bergmann

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>FILED BY PRO SE IN HARD COPY | Processed | 11/16/2022 | Court User |
| 2 | EXHIBIT(S)<br>FILED BY PRO SE IN HARD COPY | Processed | 11/16/2022 | Court User |
| 3 | RJI -RE: OTHER<br>FILED BY PRO SE IN HARD COPY | Processed | 11/16/2022 | Court User |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 12/14/2022 | Court User |
| 10 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 02/16/2023 | Bettino, D. |
| 11 | NOTICE OF MOTION | Returned For Correction | 02/16/2023 | Bettino, D. |
| 12 | MEMORANDUM OF LAW IN SUPPORT | Returned For Correction | 02/16/2023 | Bettino, D. |
| 13 | AFFIRMATION<br>of Diane A. Bettino | Returned For Correction | 02/16/2023 | Bettino, D. |
| 14 | EXHIBIT(S)<br>Summons and Complaint | Processed | 02/16/2023 | Bettino, D. |
| 15 | EXHIBIT(S)<br>Answer | Processed | 02/16/2023 | Bettino, D. |
| 16 | EXHIBIT(S)<br>Reply | Processed | 02/16/2023 | Bettino, D. |
| 17 | EXHIBIT(S)<br>MSJ | Processed | 02/16/2023 | Bettino, D. |
| 18 | EXHIBIT(S)<br>Order | Processed | 02/16/2023 | Bettino, D. |
| 19 | EXHIBIT(S)<br>Judgment of Foreclosure and Sale | Processed | 02/16/2023 | Bettino, D. |
| 20 | EXHIBIT(S)<br>Plaintiff's OTSC | Processed | 02/16/2023 | Bettino, D. |
| 21 | EXHIBIT(S)<br>Certificate of Appointment of Executor | Processed | 02/16/2023 | Bettino, D. |
| 22 | EXHIBIT(S)<br>Referee's Deed of Sale | Processed | 02/16/2023 | Bettino, D. |

| | NYSCEF<br>Suffolk County Supreme Court | Document List<br>Index #  205874/2022 | | Created on:02/27/2023 03:58 PM |
|---|---|---|---|---|

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 23 | EXHIBIT(S)<br>Summons and Complaint | Processed | 02/16/2023 | Bettino, D. |
| 24 | EXHIBIT(S)<br>Plaintiff's Verified Amended Complaint | Processed | 02/16/2023 | Bettino, D. |
| 25 | EXHIBIT(S)<br>Amended Lis Pendens | Processed | 02/16/2023 | Bettino, D. |
| 26 | EXHIBIT(S)<br>2019 Order | Processed | 02/16/2023 | Bettino, D. |
| 27 | EXHIBIT(S)<br>Summons and Complaint | Processed | 02/16/2023 | Bettino, D. |
| 28 | EXHIBIT(S)<br>June 17, 2022 Order | Processed | 02/16/2023 | Bettino, D. |
| 29 | EXHIBIT(S)<br>Plaintiff's Complaint | Processed | 02/16/2023 | Bettino, D. |
| 30 | EXHIBIT(S)<br>Docket for the Federal Action | Processed | 02/16/2023 | Bettino, D. |
| 31 | EXHIBIT(S)<br>Holdover Petition | Processed | 02/16/2023 | Bettino, D. |
| 32 | ORDER ( PROPOSED ) | Returned For Correction | 02/16/2023 | Bettino, D. |
| 33 | AFFIRMATION/AFFIDAVIT OF SERVICE | Returned For Correction | 02/16/2023 | Bettino, D. |
| 34 | NOTICE OF REMOVAL / REMAND (POST RJI)<br>Notice of Filing Notice of Removal to the United States District Court for the Eastern District of N | Processed | 02/21/2023 | Austin, A. |
| 35 | EXHIBIT(S)<br>Copy of Notice of Removal Filed with the United States District Court for the Eastern District of Ne | Processed | 02/21/2023 | Austin, A. |
| 36 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to the Clerk of the Court Advising Action has been Removed to the United States District Cour | Pending | 02/21/2023 | Austin, A. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

KRISTIN MARIE GULDI,

                Plaintiff,

          v.

JAMES N. FALLER, ANDREW B. MESSITE,
LOUIS DeJOY, LEON J. ADLER, and
ANTHONY CANNATARO,

                Defendants.

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

Index No. 205874/2022

---

TO:    THE CLERK OF THE COURT, SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK:

PLEASE TAKE NOTICE that the United States of America, by its attorney BREON PEACE, United States Attorney for the Eastern District of New York, ALINA AUSTIN, Special Assistant United States Attorney, of counsel, has filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), with respect to the above-captioned action from this Court to the United States District Court for the Eastern District of New York. A true and correct copy of the Notice of Removal is attached.

Pursuant to 28 U.S.C. § 1446(d), the Supreme Court of the State of New York, County of Suffolk should proceed no further unless and until the case is remanded, and should transmit all

the papers filed in the above action to the Clerk of the Court, United States District Court, Eastern District of New York.

Dated:    Central Islip, New York
           February 21, 2023

Respectfully submitted,

BREON PEACE
United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, New York 11722

By:  ALINA AUSTIN *(Digitally signed by ALINA AUSTIN Date: 2023.02.21 14:08:03 -05'00')*
Alina Austin
Special Assistant United States Attorney
(631) 715-7834
alina.austin@usdoj.gov

TO:  Clerk of Court (by ECF)
Supreme Court of the State of New York
County of Suffolk
Hon. Alan D. Oshrin Supreme Court Building
1 Court Street
Riverhead, NY 11901

Kristin Marie Guldi (by certified and regular USPS mail)
*Pro Se Plaintiff*
PO Box 1179
Southampton, New York 11969
(631) 745-0119

Diane A. Bettino, Esq. (by ECF and FedEx)
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 521-5400
dbettino@reedsmith.com
*Attorney for Defendants James N. Faller and Andrew B. Messite*