**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KRISTEN MARIE GULDI,

               Plaintiff,

        - against -

JAMES N. FALLER, ANDREW B. MESSITE,
LOUIS DEJOY, LEON J. ADLER and
ANTHONY CANNATARO

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 23-1354 (GRB) (ARL)

     An Order Adopting Report and Recommendations of Honorable Gary R. Brown, United States District Judge, having been filed on July 17, 2024; adopting the June 4, 2024 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay in its entirety; granting defendants' motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure; denying *in forma pauperis* status for the purpose of any appeal; and respectfully directing the Clerk of Court to enter judgment and mark this this case closed, it is

     **ORDERED AND ADJUDGED** that plaintiff Kristen Marie Guldi take nothing of defendants James N. Faller, Andrew B. Messite, Louis DeJoy, Leon J. Adler, and Anthony Cannataro; that defendants' motions to dismiss are granted; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: July 18, 2024
       Central Islip, New York

                                               BRENNA B. MAHONEY
                                               CLERK OF COURT

                           BY:    /S/ JAMES J. TORITTO
                                      DEPUTY CLERK